Nat Poyntz, Joseph A. McDowell, as guardian *ad litem* for Mary Poyntz, Louise Poyntz and Natalie Pointz, minor heirs of Vina S. Poyntz, deceased, James D. Beggs, as guardian for Ellen Keller, and Benjamin B. Poyntz, Appellants, vs. William H. Reynolds, Appellee.

Appeal from decrees of the Circuit Court, Orange county; John D. Broome, Judge.

Thos. E. Wilson, for Appellants.

William H. Jewell, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decrees for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.